JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

CONSTRUCTION LABORERS
TRUST FUNDS FOR SOUTHERN
CALIFORNIA ADMINISTRATIVE
COMPANY, a Delaware limited
liability company,

          Plaintiff,

   v.

BONITA PIPELINE, INC., a
California corporation;
FRANCISCO JAVIER MARQUEZ,
an individual; LAURA ROSAS
MARQUEZ, an individual;  etc., et
al.,

          Defendants.

CASE NO.: 2:18-cv-09776-JFW(SKx)

**JUDGMENT PURSUANT
TO STIPULATION**

[Hon. John F. Walter]

     PURSUANT TO THE STIPULATION FOR ENTRY OF JUDGMENT by and

between Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN

CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware Limited Liability

Company through its attorneys, Reich, Adell & Cvitan by Marsha M. Hamasaki and

Defendants, BONITA PIPELINE, INC., a California corporation;  FRANCISCO

JAVIER MARQUEZ, an individual; LAURA ROSAS MARQUEZ,  an individual

-1-

through their attorneys, The Gould Firm by Evan Gould and good cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Judgment is entered in favor of Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, the administrator, agent for collection and a fiduciary to the Laborers Health And Welfare Trust Fund For Southern California, Construction Laborers Vacation Trust For Southern California, Laborers Training And Re-Training Trust Fund For Southern California, Center For Contract Compliance, Laborers' Trusts Administrative Trust Fund For Southern California, San Diego County Construction Laborers Pension Trust Fund, San Diego Construction Advancement Fund 2003, and Southern California Partnership For Jobs Trust Fund (hereinafter collectively "TRUST FUNDS"), and against Defendants, , BONITA PIPELINE, INC., a California corporation ("BONITA"); FRANCISCO JAVIER MARQUEZ, an individual ("FJ MARQUEZ"); and LAURA ROSAS MARQUEZ, an individual ("LR MARQUEZ") individually, jointly and severally for unpaid fringe benefit contributions, liquidated damages, interest through May 31, 2019, in the sum of $48,054.43 covering time periods from March 1, 2018 through April 30, 2019 ("JUDGMENT".)

The money JUDGMENT entered in this action is for known delinquencies incurred for the period from January 1, 2017 to April 20, 2019; however, the audit of BONITA'S records was conducted through January 31, 2019 only. Therefore, as to the period after January 31, 2019, this JUDGMENT shall not operate as a bar and/or have res judicata effect or any other limitation of any legal right of the Plaintiff or TRUST

/ / /

/ / /

363674.1

FUNDS to determine and seek collection of any amount due, or that comes due by BONITA and/or FJ MARQUEZ and/or JR MARQUEZ to any one or more of the TRUST FUNDS during the period after January 31, 2019.

Dated: June 26, 2019

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE